# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAKAN JOHNSSON, et al., | ) |
|                 Plaintiffs, | ) Case No. 2:11-cv-01258-PMP-VCF |
| vs. | ) **ORDER** |
| BEKINS VAN LINES, LLC, et al., | ) |
|                 Defendants. | ) |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Settlement Conference currently scheduled for February 8, 2013, at 9:30 a.m., before the undersigned, is **VACATED** and **CONTINUED** to **March 8, 2013,** at **9:30 a.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due February 1, 2013, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., March 1, 2013.**

Dated this 16th day of January, 2013.

                                          Peggy A. Leen
                                          United States Magistrate Judge